IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON MITCHELL,** | : | |
| | : | |
| Plaintiff | : | |
| | : | CIVIL NO. 3:CV-15-1958 |
| v. | : | |
| | : | (Judge Caputo) |
| **CORRECTIONAL OFFICER MALLICK,** *et al.*, | : | |
| | : | |
| Defendants | : | |

**O R D E R**

**AND NOW**, this **15th** day of **OCTOBER, 2015**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs, and is **GRANTED**.

2. The Clerk of Court is directed to issue the Administrative Order to the Superintendent to begin deducting money from Mr. Mitchell's prison account in the manner described in the Administrative Order.

3. Mr. Mitchell's Motion for Leave to File an Amended Complaint (Doc. 4) is **GRANTED**.

4. Within twenty-one (21) days from the date of this order, Plaintiff may file an amended complaint in this action in accordance with the accompanying memorandum.

5. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Plaintiff shall use in preparing any amended complaint he may file.

      6.  Failure to file an amended complaint as directed within the required time will result in this action proceeding on Mr. Mitchell's original Complaint (Doc. 1).

           **/s/ A. Richard Caputo**
           **A. RICHARD CAPUTO**
           **United States District Judge**